FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0303

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0303

_____

CB1, d/b/a CBB COLLECTIONS,

      Plaintiff and Appellee,

   v.

KATELYN N. HOVE and IRA HOVE,

      Defendants and Appellants,                O R D E R

   v.

HEALTH CARE SERVICE CORPORATION
d/b/a BLUE CROSS AND BLUE SHIELD OF
MONTANA,

      Third-Party Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ashley Harada, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2024